UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NEIL C. SCOTT

Plaintiff(s),

v.

KKW TRUCKING, INC.

Defendant(s).

Civil Case No. 3:14-CV-00494

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney MATTHEW A. DOOLEY requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: DOOLEY   MATTHEW   A.
(Last Name)   (First Name)   (MI)   (Suffix)

Firm or Business Affiliation: O'TOOLE MCLAUGHLIN DOOLEY & PECORA

Mailing Address: 5455 DETROIT ROAD

City: SHEFFIELD VILLAGE   State: OHIO   Zip: 44054

Phone Number: 440-930-4001   Fax Number: 440-934-7208

Business E-mail Address: MDOOLEY@OMDPLAW.COM

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Florida, February 6, 2006, 19293
Ohio, November 9, 2006, 008482

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
N.D. Ohio. April 28, 2008, 0081482
6th Circuit Ct. of App., May 12, 2008, 0081482
W.D. Tenn., July 6, 2011, 0081482

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Neil C. Scott on behalf of himself and all others similarly situated

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 26 day of March, 2014

_____
(Signature of Pro Hac Counsel)

Matthew A. Dooley
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 28 day of March, 2014

_____
(Signature of Local Counsel)

Name: Baxter        Justin        M.
(Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: 992178
Firm or Business Affiliation: Baxter & Baxter, LLP
Mailing Address: 8835 SW Canyon Lane, Suite 130
City: Portland        State: Oregon    Zip: 97225
Phone Number: 5032979031    Business E-mail Address: justin@baxterlaw.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge