UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NEIL C. SCOTT

      Plaintiff(s),

v.

KKW TRUCKING, INC.

      Defendant(s).

Civil Case No. 3:14-cv-00494

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney ANTHONY R. PECORA requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: PECORA (Last Name)  ANTHONY (First Name)  R. (MI)  (Suffix)

Firm or Business Affiliation: O'TOOLE MCLAUGHLIN DOOLEY & PECORA LPA

Mailing Address: 5455 DETROIT ROAD

City: SHEFFIELD VILLAGE  State: OHIO  Zip: 44054

Phone Number: 440.930.4001  Fax Number: 440.934.7208

Business E-mail Address: APECORA@OMDPLAW.COM

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Ohio, November 9, 1998, 0069660

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
N.D. Ohio, May 7, 2008, 0069660
W.D. Tenn., July 6, 2011, 0069660
W.D. N.Y., February 21, 2012, 0069660

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Neil C. Scott on behalf of himself and all others similarly situated

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __26__ day of __March__, __2014__

_____
(Signature of Pro Hac Counsel)

__Anthony R. Pecora__
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __28__ day of __March 2014__

_____
(Signature of Local Counsel)

Name: __Baxter__                __Justin__              __M.__
       (Last Name)              (First Name)            (MI)        (Suffix)

Oregon State Bar Number: __992178__
Firm or Business Affiliation: __Baxter & Baxter, LLP__
Mailing Address: __8835 SW Canyon Lane, Suite 130__
City: __Portland__                State: __OR__    Zip: __97225__
Phone Number: __503-297-9031__    Business E-mail Address: __justin@baxterlaw.com__

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge