**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Neil C. Scott, on Behalf of Himself and All Others
_____
Plaintiff(s),
v.

KKW Trucking
_____
Defendant(s).

Civil Case No. 3:14-cv-00494-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Rod M. Fliegel requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: Fliegel, Rod M
(Last Name) (First Name) (MI) (Suffix)
Firm or Business Affiliation: Littler Mendelson, P.C.
Mailing Address: 333 Bush Street, 34th Floor
City: San Francisco  State: CA  Zip: 94104
Phone Number: 415.433.1940  Fax Number: 415.399.8490
Business E-mail Address: rfliegel@littler.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
California State Bar, December 14, 1993 - SBN 168289

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
See attached

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
KKW Trucking

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 11 day of May, 2017

*(Signature of Pro Hac Counsel)*

Rod M. Fliegel
*(Typed Name)*

## REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this _23rd_ day of _May_, _2017_

_____
(Signature of Local Counsel)

Name: **Brauner**          **Adam**          **E.**
      (Last Name)         (First Name)      (MI)      (Suffix)

Oregon State Bar Number: OSB No. 155133

Firm or Business Affiliation: Littler Mendelson, P.C.

Mailing Address: 121 S.W. Morrison, Suite 900

City: Portland          State: OR          Zip: 97204

Phone Number: 503-221-0309          Business E-mail Address: abrauner@littler.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

RMF Court Admissions

| Court | Date Admitted |
|---|---|
| CA Superior Court | 12/1993 |
| First District | YES |
| Second District | YES |
| Third District | |
| Fourth District | |
| Fifth District | |
| Sixth District | |
| CA Supreme Court | 12/1993 |
| CA – Northern District | 12/1993 |
| CA – Southern District | 12/1993 |
| CA – Eastern District | 12/1997 |
| CA – Central District | 02/2006 |
| Ninth Circuit | 12/1993 |
| First Circuit | 06/2015 (Bar No. 1170450) |

Firmwide:139439718.1 999999.1616