# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RODERICK DEMMINGS,** on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>**KKW TRUCKING, INC.,**<br><br>      Defendant. | Case No. 3:14-cv-494-SI<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

      Based on the Parties' Joint Motion for Scheduling Order and Notice of Settlement (ECF 83), it is hereby ORDERED that the Parties shall file their Stipulation of Settlement and Joint Motion for Preliminary Approval of Proposed Class Settlement on or before January 16, 2018. All other deadlines, including the pretrial conference set for August 13, 2018, and the jury trial set to commence on August 20, 2018, are STRICKEN.

      **IT IS SO ORDERED**.

      DATED this 11th day of December, 2017.

                                                                    /s/ Michael H. Simon<br>
                                                                    Michael H. Simon<br>
                                                                      United States District Judge