UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**RODERICK C. DEMMINGS**, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

**KKW TRUCKING**,

    Defendant.

Case No 3:14-CV-00494-SI

**ORDER**

This matter is before the Court upon the Parties Joint Motion to Extend Deadline, and upon consideration whereof, and for good cause shown, it is hereby,

ORDERED, ADJUDGED and DECREED that the Parties file their Stipulation of Settlement and their Joint Motion for Preliminary Approval of Proposed Class Settlement on or before February 6, 2018.

ENTERED this 9th day of January, 2018.

_____
MICHAEL H. SIMON
UNITED STATES DISTRICT JUDGE