UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**RODERICK C. DEMMINGS**, on behalf of
himself and all others similarly situated,

    Plaintiff,

    v.

**KKW TRUCKING**,

    Defendant.

Case No 3:14-CV-00494-SI

ORDER

This matter is before the Court upon the Parties' Second Joint Motion to Extend Deadline, and upon consideration whereof, and for good cause shown, it is hereby,

ORDERED, ADJUDGED and DECREED that the Parties file their Stipulation of Settlement and their Joint Motion for Preliminary Approval of Proposed Class Settlement on or before March 2, 2018.

ENTERED this 6th day of February, 2018.

_____
MICHAEL H. SIMON
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Matthew A. Dooley
Matthew A. Dooley, *Pro Hac Vice*
Anthony R. Pecora, *Pro Hac Vice*
O'Toole, Mclaughlin, Dooley & Pecora
Co., LPA

Justin M. Baxter, OSB No. 99217
Baxter & Baxter, LLP
*Attorneys for Plaintiff*

/s/ Chad J. Kaldor
Adam E. Brauner, OSB No. 155133
Rod M. Fliegel, *Pro Hac Vice*
Chad J. Kaldor, *Pro Hac Vice*
Littler Mendelson, P.C.
*Attorneys for Defendant*